**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sinia S.C.S.,

Petitioner,

v.

Kristi Noem, *U.S. Department of Homeland Security*; Todd Lyons, *Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement*; David Easterwood, *Acting Director of Enforcement and Removal Operations, St. Paul Field Office Immigration and Customs Enforcement*; Pamela Bondi, *U.S. Attorney General*; Executive Office for Immigration Review; and Warden, *ERO El Paso Camp East Detention Facility, El Paso, Texas*,

Respondents.

Civ. No. 26-649 (JWB/DLM)

**ORDER ON REQUEST TO TRANSFER**

---

To facilitate a more expedient ruling on the merits, Respondents' request to transfer is **GRANTED**. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Texas. Nothing in this Order shall be construed as a ruling on the merits of Petitioner's claims.

Date: February 2, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge